EDWIN S. MORGAN, Appellant, *v.* INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent.

Submitted October 9, 1950; decided October 12, 1950.

Motion to have appeal heard upon the record before the Appellate Division and typewritten additional papers granted to the extent of allowing the appeal, if and when perfected, to be heard in this court on five printed copies of the Appellate Division record and five typed copies of the additional papers. Since the moving papers do not comply with section 199 of the Civil Practice Act, the granting of this motion does not obviate the necessity of filing an undertaking on appeal.